CITY OF SAN ANTONIO V. ERNEST P. KNEUPPER ET AL.

No. A-7670. Decided July 20, 1960.
Rehearing Overruled October 5, 1960.
(338 S.W. 2d Series 121)

154

*Carlos C. Cadena,* City Attorney, and *Charles L. Smith,* Assistant City Attorney of the City of San Antonio, for petitioner.

*Adrian A. Spears,* of San Antonio, for respondents.

MR. JUSTICE NORVELL delivered the opinion of the Court.

This is a companion case to City of San Antonio v. Wallace, 161 Texas 41, 338 S.W. 2d 153.

The City Council of the City of San Antonio sought to abolish respondent Kneupper's position as a Maintenance Carpenter of the Police Department and respondent Castillo's position as Collector, Parking Meter Division of the Police Department, by an ordinance dated May 26, 1957. The trial court and the Court of Civil Appeals held that this ordinance had not been adopted in good faith and hence did not operate to destroy respondents' rights as holders of classified positions under the State Service law. Article 1269m, Vernon's Ann. Texas Stats., 330 S.W. 2d 205. After a review of the record, we are of the opinion that these holdings must be sustained for the reasons set forth in our opinion in City of San Antonio v. Wallace, 161 Texas 41, 338 S.W. 2d 153. Maintenance carpentry on police department buildings and installations continues. The same is true as to collections from parking meters. As was the case in *Wallace,* the record does not support the thesis (which was not pleaded by the City) that the abolition of the particular jobs, (and the transfer of the duties to an independent contractor insofar as parking meter collectors are concerned) will accomplish either a substantially improved municipal service or a real economy in governmental operations.

However, we do not agree with the Court of Civil Appeals' holding that the ordinance setting the salaries of all employees

of the Police Department except peace officers from and after May 22, 1957 at the minimum rate allowed by statute was void. City of San Antonio v. Carr, 161 Texas 155, 338 S.W. 2d 122; City of San Antonio v. Whitten, 161 Texas 150, 338 S.W. 2d 119.

The judgments of the Court of Civil Appeals and the trial court are reversed and the cause remanded to the District Court for further proceedings consistent with this opinion.

ASSOCIATE JUSTICE GRIFFIN dissents for the reasons stated in his dissent in the cause of City of San Antonio, et al v. Wallace, et al., Supra, p. 41.

Opinion delivered July 20, 1960.

Rehearing overruled October 5, 1960.